Case 1:22-cr-00032-SEB-TAB   Document 55   Filed 01/26/24   Page 1 of 1 PageID #: 202

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Daniel Torres-Torres | )<br>)<br>) Case No: 1:22CR00032-001<br>) USM No: 18238-058<br>) |
| Date of Original Judgment: 02/24/2023<br>Date of Previous Amended Judgment: 03/02/2023<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Jacob Leon<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  46 months  months **is reduced to**  37 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/02/2023  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  1/26/2024

Effective Date:  02/01/2024
*(if different from order date)*

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana